**Maurice ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103693**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: March 7, 2017

Kevin B. Gau, St. Louis, MO, for Appellant.

Joshua D. Hawley, Evan J. Buchheim, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

### PER CURIAM

Maurice Robinson appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memo-

randum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).